

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-17-00010-CV

**ATLAS TOWING AND STORAGE**,
Appellant

v.

Cheryl **VOMERO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV04077
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

A filing fee of $205.00 was due from appellant when this appeal was filed but was not paid. *See* TEX. R. APP. 5; TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 15-9158, Aug. 28, 2015). The clerk of this court notified appellant of this deficiency in a letter dated January 5, 2017. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore ORDER appellant, **not later than February 6, 2017** to either (1) pay the applicable filing fee or (2) provide written proof to this court that it is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

Keith E. Hottle
Clerk of Court